**Avi David**

Should be able to pay off the hard money <mark>loan</mark> by August

Jun 12, 2019, 6:14 PM

**Ian Navoy**

Yes

Jun 12, 2019, 6:14 PM

**Ian Navoy**

I just landed in Arizona for my training for this new Company

Jun 17, 2019, 1:57 PM

**Avi David**

so please no more hard pulls because I really need to get them off my record. I have an immense amount and it's bringing my credit down.

Jun 18, 2019, 12:57 PM

**Ian Navoy**

We ran your credit just that one time we don't need to do it again

Jun 18, 2019, 12:58 PM

**Avi David**

I'm kind of concerned because it looks like my application was kicked out of the system in the process hasn't started. And it's really late in the game.

Jun 19, 2019, 5:51 PM