EXHIBIT B



## Inquiry - Loan or credit application

Oct 9, 2019

**CREDCO obtained a copy of your TransUnion Credit Report.**
New Inquiry Alerts notify you when a company has viewed a copy of your credit report as a result of a loan or credit application.

### Alert Details

| | |
|---|---|
| Alert Date | Oct 9, 2019 |
| Source | TransUnion |
| Company | CREDCO |
| Address | 10277 SCRIPPS RANCH BLVD SAN DIEGO, CA 92131 |
| Phone | 8006372422Ext.0000 |
| Is anything incorrect? | **Visit Dispute Center** |

## Inquiry - Loan or credit application

Jun 6, 2019

**CREDCO obtained a copy of your Equifax Credit Report.**
New Inquiry Alerts notify you when a company has viewed a copy of your credit report as a result of a loan or credit application.

### Alert Details

| | |
|---|---|
| Alert Date | Jun 6, 2019 |
| Source | Equifax |
| Company | CREDCO |
| Address | 10277 SCRIPPS RANCH BOULEVARD SAN DIEGO, CA 92131 |
| Phone | 800-637-2422 |
| Is anything incorrect? | **Visit Dispute Center** |

Delete    Mark as unread

‹ Prev    5  6  7  8  9    Next ›

Showing **61 - 70** of **176**

● Inquiry - Loan or credit application                                    Apr 9, 2019

**FUNDING SUITE obtained a copy of your Equifax Credit Report.**
New Inquiry Alerts notify you when a company has viewed a copy of your credit report as a result of a loan or credit application.

## Alert Details

| | |
|---|---|
| Alert Date | Apr 9, 2019 |
| Source | Equifax |
| Company | FUNDING SUITE |
| Address | 12255 EL CAMINO REAL #200 SAN DIEGO, CA 92130 |
| Phone | 877-493-1038 |
| Is anything incorrect? | Visit Dispute Center |

Delete        Mark as unread