AVRAM OSLICK

LOANDEPOT.COM, LLC a/k/a
LOANDEPOT and IVAN NAVOY

21-500-ER

Aaron Wagner

5

☐   1

☐

---

[1] **This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 21-500-ER

APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Aaron Wagner the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number (paying by cc), for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Washington | March 15, 2017 | 51905 |
| Georgia | September 16, 2014 | 867812 |
| Florida | June 2, 2014 | 110458 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC West.Dist.WA | 6/6/2017 | 51905 |
| USBC NorthernDist.GA | 6/6/2018 | 867812 |
| USDC SouthernDist.FL | 6/17/2016 | 110458 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

February 12, 2021
_____
(Date)

Name of Applicant's Firm  Polsinelli PC

Address  1000 Second Avenue, Suite 3500, Seattle, WA  98104

Telephone Number  (206) 393-5400

Email Address  aawagner@polsinelli.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 12, 2021
(Date)                                                                                  (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Aaron Wagner to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Christina B. Vavala | /s/ Christina B. Vavala | 11/24/2014 | 319312 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, (302) 252-0920

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2021                          /s/ Christina B. Vavala
              (Date)                                      (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVRAM OSLICK | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| LOANDEPOT.COM, LLC | : | No.: 21-500-ER |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Aaron Wagner _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Predrag Filipovic
Law Office of Predrag Filipovic, Esquire
1635 Market Street, Suite 1600
Philadelphia, PA  19103
(267) 265-0520
PFesq@ifight4justice.com

/s/ Christina B. Vavala
_____
(Signature of Attorney)

Christina B. Vavala
_____
(Name of Attorney)

loandepot.com, LLC and Ivan Navoy
_____
(Name of Moving Party)

February 15, 2021_____
(Date)