```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AVRAM OSLICK | : | CIVIL ACTION |
| | : | NO. 21-500 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Loan Depot LLC, et al. | : | |
| | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this **16th** day of **February, 2021**, upon consideration of the application to admit Aaron Wagner as counsel pro hac vice for Defendant (ECF No. 5), it is hereby **ORDERED** that the application is **DENIED** without prejudice.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] Local Rule of Civil Procedure 83.5.2(a) requires that an attorney seeking to be admitted pursuant to Rule 83.5.2(b) have associate counsel of record who maintains an office within the Eastern District of Pennsylvania. See Mowrer v. Warner Lambert Co., 1998 WL 512971, at *1 (E.D. Pa. Aug. 19, 1998); EEOC v. Coatesville Area Sch. Dist., Civ. 00-4931 (E.D. Pa. Order-mem. Jan. 31, 2001).