IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVRAM OSLICK | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| LOANDEPOT.COM, LLC a/k/a LOAN DEPOT and IVAN NAVOY | : | No.: 21-500-ER |

ORDER

AND NOW, this _____ day of April 20 22, it is hereby

ORDERED that the application of Aaron Alan Wagner _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 21-500-ER

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Aaron Alan Wagner the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number (credit card), for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Washington | March 15, 2017 | 51905 |
| Georgia | Sept. 16, 2014 | 867812 |
| Florida | June 2, 2014 | 110458 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| USDC WD-WA | 6/6/2017 | 51905 |
| USBC ND-GA | 6/6/2018 | 867812 |
| USDC SD-FL | 6/17/2016 | 110458 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Defendants

/s/ Aaron Alan Wagner
(Applicant's Signature)

April 23 2021
(Date)

Name of Applicant's Firm: Polsinelli PC
Address: 1000 Second Avenue, Suite 3500, Seattle, WA  98104
Telephone Number: (206) 393-5400
Email Address: aawagner@polsinelli.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2021
(Date)

/s/ Aaron Alan Wagner
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Aaron Alan Wagner to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Rebecca A. Solarz | /s/Rebecca A. Solarz | 07/21/2016 | 315936 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA  19106  /  (215) 627-1322

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2021      /s/Rebecca A. Solarz
                (Date)                                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVRAM OSLICK | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| LOANDEPOT.COM, LLC a/k/a LD | : | No.: 21-500-ER |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Aaron Alan Wagner, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

/s/Rebecca A. Solarz
_____
(Signature of Attorney)

Rebecca A. Solarz
_____
(Name of Attorney)

Attorney for Defendants
_____
(Name of Moving Party)

April 23, 2021
_____
(Date)