IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVRAM OSLICK | : | CIVIL ACTION |
| | : | NO. 21-500 |
| v. | : | |
| | : | |
| LOANDEPOT.COM, LLC, et al. | : | |

## O R D E R

**AND NOW**, this **23rd** day of **April, 2021,** upon consideration of the application to admit Aaron Alan Wagner, as counsel <u>pro hac vice</u> for Defendants (ECF. No. 12), it is hereby **ORDERED** that the application is **APPROVED** and Mr. Wagner is **ADMITTED** in this case as counsel <u>pro hac vice</u>.  Loc. R. Civ. P. 83.5.2(b).

**IT IS FURTHER ORDERED** that (i) as counsel <u>pro hac vice</u>, Mr. Wagner shall review and become familiar with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and agree to be bound by and subject to discipline thereunder; (ii) moving counsel, Rebecca A. Solarz, shall act as associate counsel of record, and shall maintain during the pendency of the proceeding an office within the Eastern District of Pennsylvania where all pleadings, motions, notices, and other papers can be served, Loc. R. Civ. P. 83.5.2(a); and (iii) Mr. Wagner shall pay the admission fee to the Clerk of Court.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**