IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVRAM OSLICK** | : | CIVIL ACTION |
| | : | |
| V. | : | NO.: 21-CV-00500 |
| | : | |
| **LOAN DEPOT, LLC., ET AL.** | : | |

### ORDER

On this **14th** day of **May, 2021** it is hereby **ORDERED** that the Motion to Enlarge Time to File (ECF#: 16) is **GRANTED** and the Plaintiff shall have until **June 7, 2021** in which to file a response to the Defendants Motion to Dismiss (ECF#: 15).

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*