IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVRAM OSLICK | : | CIVIL ACTION |
| | : | NO. 21-500 |
| v. | : | |
| | : | |
| LOANDEPOT.COM, LLC, et al. | : | |

**O R D E R**

**AND NOW**, this **19th** day of **May, 2021,** because Plaintiff has filed an amended complaint and Defendants have filed a new motion to dismiss, it is hereby **ORDERED** that Defendants' first motion to dismiss (ECF No. 7) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

_/s/ Eduardo C. Robreno_
**EDUARDO C. ROBRENO, J.**