**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Avram Oslick | : | |
| v. | : | No. 2:21-cv-00500-ER |
| Loan Depot LLC, aka LoanDepot | : | |
| and Ian Navoy | : | |

**<u>ORDER</u>**

AND NOW, this __19th__ day of __August__, 2021, upon consideration of Defendants'

Motion for Leave to File a Reply Brief in Further Support of their Motion to Dismiss Plaintiffs'

Amended Complaint (ECF No. 20) it is hereby **ORDERED** that the Motion is **GRANTED**;

And it is **FURTHER ORDERED** that the Clerk shall forthwith **DOCKET** Defendants'

putative reply brief, a copy of which is attached to the Motion for Leave.

**BY THE COURT:**

*/s/ Eduardo C. Robreno*
_____
**HONORABLE EDUARDO C. ROBRENO**
**UNITED STATES DISTRICT JUDGE**